| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN CROWN POINT, INDIANA |
| ROBERT HORTON | ) | 45D11 1812 CC 00945 |
| Plaintiff, | ) | Filed in Clerk's Office |
| vs. | ) | CASE NO.: |
| | ) | DEC 19 2018 |
| ARCELORMITTAL USA LLC d/b/a ARCELOR MITTAL | ) | Lorenzo Arredondo CLERK LAKE CIRCUIT COURT |
| Defendant. | ) | |

**COMPLAINT**

NOW COMES the Plaintiff, ROBERT HORTON, by and through Attorney Angelo P. Politakis, The Law Offices of McCready, Garcia & Leet, P.C., and in his complaint against the Defendant, ARCELORMITTAL USA LLC d/b/a ARCELOR MITTAL, states as follows:

1. On or about April 24, 2017, the Plaintiff, was lawfully on the premises of the Defendant located in East Chicago, Indiana.

2. The Plaintiff was hired as a contractor by the Defendant.

3. As the Plaintiff was conducting his duties, the a pipe insulation feel from above and struck the Plaintiff.

4. At all times pertinent, Plaintiff was exercising reasonable care for his safety and was free from contributory negligence.

5. At all times pertinent, Arcelor Mittal, through its agents and/or employees, owed a duty of reasonable care to the Plaintiff

6. Arcelor Mittal breached this duty and was negligent in one or more of the following ways:

a. Failed to provide a good, safe, and proper place for the Plaintiff to be, use, occupy, and walk while on the subject premises;
b. Allowed and permitted the subject premises to become and remain in a dangerous condition;
c. Failed to inspect subject premises to be certain that they were in good, safe, and proper condition;
d. Failed to maintain the premises in a reasonably safe condition by maintaining a safe and walkable premises;
e. Allowed and permitted the subject premises to become and remain in a dangerous condition; and
f. Was otherwise careless and/or negligent.

7. As a result of the negligence of Arcelor Mittal, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, Robert Horton, prays for damages as he shall prove at trial plus costs and any other relief the Court deems just or equitable.

**JURY DEMAND**

Plaintiff, Robert Horton, by and through counsel, hereby requests a trial by jury on all issues so triable.

Angelo P. Politakis, Esq. #33817-45

Angelo P. Politakis, Esq. #33817-45
Law Offices of McCready, Garcia & Leet, P.C.
709 Plaza Dr., Suite 1
Chesterton, Indiana 46304
Angelo@McCreadyLaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of December 2018, a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by depositing the same in the United States mail in envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Angelo P. Politakis, Esq. #33817-45